AO 442 (Rev. 11/11) Arrest Warrant

1218809

## UNITED STATES DISTRICT COURT
### for the
### District of Columbia

RECEIVED MAY 3 '22
U.S. MARSHAL-DC AM9:47

United States of America
v.
Tanisha Sadulski

*Defendant*

Case: 1:22-mj-00089
Assigned To : Harvey, G. Michael
Assign. Date : 4/29/2022
Description: Complaint W/ Arrest Warrant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Tanisha Sadulski   ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2251(a): Sexual Exploitation of Children;
18 U.S.C. § 2252(a)(1): Transportation of Child Pornography.

Date:   04/29/2022

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2022.04.29 17:52:38 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 05 03 22, and the person was arrested on *(date)* 05 06 22
at *(city and state)* WASHINGTON DC.

Date: 05 06 22

*Arresting officer's signature*

COREY WILLIAMS DEO
*Printed name and title*