UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 18, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 22-MJ-089 |
| | : | |
| TANISHA SADULSKI, | : | VIOLATIONS: |
| | : | 18 U.S.C. §§ 2251(a) and (e) |
| Defendant. | : | (Sexual Exploitation and Attempted |
| | : | Sexual Exploitation of a Child) |
| | : | 22 D.C. Code §§ 3009, 3020(a)(1), |
| | : | 3020(a)(2) |
| | : | (Second Degree Child Sexual Abuse with |
| | : | Aggravating Circumstances) |
| | : | 18 U.S.C. § 2252(a)(1) |
| | : | (Transportation of Child Pornography) |
| | : | 18 U.S.C. § 2252(a)(4)(B) |
| | : | (Possession of Child Pornography) |
| | | |
| | | FORFEITURE: 21 U.S.C. § 853(p), |
| | | 18 U.S.C. § 2253 |

## INDICTMENT

The Grand Jury Charges that:

### COUNT ONE

On or about and between October 25, 2021 and April 28, 2022, within the District of Columbia and elsewhere, the defendant, **TANISHA SADULSKI**, did, and attempted to, employ, use, persuade, induce, entice, and coerce a minor, specifically Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting

1

interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction has been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

**(Sexual Exploitation and Attempted Sexual Exploitation of a Minor, in violation of Title 18, United States Code, Sections 2251(a) and (e))**

## COUNT TWO

On or about and between October 25, 2021 and April 28, 2022, within the District of Columbia, the defendant, **TANISHA SADULSKI**, being more than four years older than Minor Victim 1, a child under sixteen years of age, engaged in sexual contact with that child, that is contact between **TANISHA SADULSKI'S** hand and Minor Victim 1's penis, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

**(Second Degree Child Sexual Abuse, in violation of 22 D.C. Code, Section 3009 (2001 ed.))**

The Grand Jury further charges that at the time **TANISHA SADULSKI** engaged in sexual contact with Minor Victim 1, Minor Victim 1 was under 12 years of age.

The Grand Jury further charges that at the time **TANISHA SADULSKI** engaged in sexual contact with Minor Victim 1, Minor Victim 1 ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

**(Second Degree Child Sexual Abuse (Aggravating Circumstances), in violation of 22 D.C. Code, Section 3009, 3020(a)(1), 3020(a)(2) (2001 ed.))**

## COUNT THREE

On or about November 18, 2021, within the District of Columbia and elsewhere, the defendant, **TANISHA SADULSKI**, did knowingly transport and ship using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means including by computer, any visual depiction and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

**(Transportation of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(1))

## COUNT FOUR

On or about April 28, 2022, within the District of Columbia and elsewhere, the defendant, **TANISHA SADULSKI**, did knowingly possess one or more matters, which contained any visual depiction that had been mailed, shipped, and transported in interstate and foreign commerce, and which was produced using materials which had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

**(Possession of Child Pornography**, in violation of Title 18, United States Code, Sections 2252(a)(4)(B))

## FORFEITURE ALLEGATION

1. Upon conviction of the offenses alleged in Counts One, Three, and Four of this Indictment, the defendant, **TANISHA SADULSKI**, shall forfeit to the United States: (1) any visual depictions described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of the United States Code; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, pursuant to Title 18, United States Code, Section 2253.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value

of the property described above, pursuant to 21 U.S.C. Section 853(p).

  (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 2253, and Title 21, United States Code, Section 853(p))

A TRUE BILL

FOREPERSON

*Matthew M Graves by AEL*

Attorney of the United States
and for the District of Columbia