# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE NO. 23-CR-011 (JDB)** |
| | : | |
| **v.** | : | **UNDER SEAL** |
| | : | |
| **TANISHA SADULSKI** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S NOTICE OF DISCOVERY

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant discovery as outlined in the enclosed discovery letter.

Respectfully submitted,

MATTHEW GRAVES
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   /s// Jocelyn P. Bond
Jocelyn P. Bond
D.C. Bar No. 1008904
Assistant United States Attorney
Federal Major Crimes
United States Attorney's Office for D.C.
601 D Street, N.W.
Washington, D.C. 20530
E-mail: Jocelyn.Bond@usdoj.gov
Telephone: (202) 252-2571

## **CERTIFICATE OF SERVICE**

On this 25th day of January 2023, a copy of the foregoing was served upon defense counsel via the Electronic Case Filing (ECF) System.

                                                                */s/ Jocelyn P. Bond*
                                                                Jocelyn P. Bond
                                                                Assistant United States Attorney