UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :

v.  :  23-cr-011 (JDB)

TANISHA SADULSKI  :

**DEFENDANT'S SUPPLEMENTAL SENTENCING MATERIALS**

1. Letter from Kea-Iyonna Simmons
2. Certificate of Participation in Crime & Justice Behind the Walls Course
3. Certificate of Completion in 10-hour OSHA Culinary Course
4. Certification as Network Cabling Specialist
5. Certificate of Completion in OSHA 10-hour Agriculture Course
6. Certification as a Grounding and Bonding Technician
7. Certificate of Completion in OSHA 10-hour Automotive Course
8. Certificate of Completion in Aramark's IN2WORK Program

January 3, 2024

Dear Your Honor,

My name is Kea-Iyonna Simmons. I have known Tanisha Sadulski as a good and loyal friend for over 18 years. Tanisha Sadulski was my childhood friend, and we became close friends. Our families often spend time together. I consider Tanisha Sadulski as someone I hold in high regard. For this reason, I am happy to help Tanisha Sadulski and write a letter of reference for them regarding this matter. I understand the seriousness of this matter; however, I hope that some mercy will be shown, and you will give her no more than 15 years.

Tanisha Sadulski is a very reliable and supportive person. I can depend on her in all matters. During my relationship with Tanisha Sadulski, I have experienced an individual who shows up earlier than asked, works hard, and carries themselves in a polite, respectable manner. In addition, Tanisha Sadulski is a family-person who has always presented themselves with levelheadedness and grace. I was surprised to hear about the matter, but I know that Tanisha Sadulski regrets it and accepts responsibility. It is with great confidence that I recommend Tanisha Sadulski as someone who, I truly believe with rehabilitation, can possess the character and judgment for the betterment of our community. I hope that the court will be able to take my letter into account and attach it to the case. Even in spite of this offense, I continue to consider Tanisha Sadulski a worthy member of the local community and 15 years is more than enough punishment.

Sincerely,

Kea-Iyonna Simmons




GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS

*The Social Justice Consortium*

# Certificate of Participation

## Tanisha Sadulski

Has been awarded this certificate of participation of the
Crime and Justice Behind the Walls (IDSD 151-01)
Course on

**August 22 - December 1, 2023**

Dr. Bahiyyah Muhammad
*Associate Professor Howard University*



# CareerSafe

# CERTIFICATE OF COMPLETION

presented to

## TANISHA SADULSKI

for successful completion of the

### OSHA 10-Hour General Industry (Culinary) Course



Ricardo Baeza
Trainer

October 03, 2023
Date

www.careersafeonline.com                    CS-0003266774



C-TECH MAINTAINS THAT

Tan'Isha Sadulski

Has Achieved Certification as a

# Network Cabling Specialist

for the

Introduction to Network Cabling

## Copper-Based Systems
Curriculum



William McGurgan
Director of Program Development

 20 CEUs Course # 653

In Accordance With Industry Recognized Practices and the Criteria Established by C-Tech Associates, Inc

 35 CECs Event ID: 0910-C2304

Date Issued: 4/4/2023

Registration #
09-10-C-C-2304-80125

US DOL registered apprenticeship program RTI

# CareerSafe™

## CERTIFICATE OF COMPLETION

presented to

# TANISHA SADULSKI

for successful completion of the

## OSHA 10-Hour General Industry (Agriculture) Course

Ricardo Baeza
Trainer



November 13, 2023
Date

www.careersafeonline.com

CS-0003445265



C-TECH MAINTAINS THAT

Tan'Isha Sadulski

Has Achieved Certification as a

# Grounding and Bonding Technician

for the

ASI

## Grounding and Bonding Curriculum


**William McGurgan**
Director of Program Development


15 CEUs
Course # 654

In Accordance With Industry Recognized Practices and the Criteria Established by C-Tech Associates, Inc.


16 CECs
Event ID: 0910-G2304



Date Issued: 4/27/2023

 

Registration #
09-10-G-G-2304-80125



**G&B Grounding and Bonding**

C-TECH MAINTAINS THAT

Tan'Isha Sadulski

Has Achieved Certification as a

## Grounding and Bonding Technician

for the

ASI

## Grounding and Bonding Curriculum



William McGurgan
Director of Program Development



15 CEUs
Course # 654

In Accordance With Industry Recognized Practices and the Criteria Established by C-Tech Associates, Inc.

**Bicsi** CONTINUING EDUCATION CREDIT PROVIDER
16 CECs
Event ID: 0910-G2304

Date Issued: 4/27/2023




Registration #
09-10-G-G-2304-80125



C-TECH MAINTAINS THAT

Tan'Isha Sadulski

Has Achieved Certification as a

# Network Cabling Specialist

for the

Introduction to Network Cabling

Copper-Based Systems
Curriculum



William McGurgan
Director of Program
Development



20 CEUs
Course # 653

In Accordance
With Industry Recognized
Practices and the Criteria
Established by
C-Tech Associates, Inc.



CONTINUING EDUCATION
CREDIT PROVIDER
35 CECs
Event ID: 0910-C2304

Registration #
09-10-C-C-2304-80125


Date Issued: 4/4/2023




US DOL registered apprenticeship program RTI

# > CareerSafe®

presents

## Certificate of Completion

to

**TANISHA SADULSKI**

has completed the OSHA 10-Hour General Industry (Automotive) Course. All requirements have been satisfactorily met.

Trainer: Ricardo Baeza          Date: July 08, 2023

As an OSHA authorized trainer, I verify that I have conducted this OSHA outreach training class in accordance with OSHA Outreach Training Program requirements. I will document this class to my authorizing OSHA training organization. Upon successful review of my documentation, I will provide each student his or her completion card within 90 days of the end of class.

www.careersafeonline.com

# IN2WORK

## Certificate of Completion

is hereby granted to:

# TANISHA SADULSKIL

Has successfully completed the course requirements for

**Aramark's IN2WORK Program**



Signature of Instructor: _____

Date of Completion: 08-24-23